UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS D. YOUNG and
FREDA YOUNG,

    Plaintiffs,

v.

                                      File no: 1:06-CV-709

OTTAWA COUNTY CIRCUIT                 HON. ROBERT HOLMES BELL
COURT, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' motion to dismiss the amended complaint (docket #10) is hereby **GRANTED** and this action is dismissed with prejudice for failure to state a claim upon which relief can be granted.

Date:    June 12, 2007                  /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            CHIEF UNITED STATES DISTRICT JUDGE